IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT EUGENE DENNY**                                                                    **PLAINTIFF**

v.                                    No. 1:15–CV–51-JM-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Denny's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 2nd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE