IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT EUGENE DENNY**                                      **PLAINTIFF**

v.                     No. 1:15–CV–51-JM-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                         **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Robert Eugene Denny's appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 2nd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE